

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00372-CR

**LISA TUIAN JEFFERSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 413th District Court
### Johnson County, Texas
### Trial Court No. DC-F201800364

## ORDER ON REHEARING
## ORDER VACATING JUDGMENT AND
## RESPONSE REQUESTED BY STATE

This appeal was dismissed on December 19, 2018.  A motion for rehearing, if any, was due on January 3, 2019.  *See* TEX. R. APP. P. 49.1.  Appellant's "Motion to Reconsider," in effect a motion for rehearing, was not filed until January 18, 2019.  Because it was untimely filed, we have no jurisdiction to rule on appellant's motion.

Accordingly, appellant's "Motion to Reconsider" is dismissed.

Nevertheless, the Court retains plenary power to vacate or modify its judgment

for 60 days after the date of the judgment absent conditions not applicable in this case. TEX. R. APP. P. 19.1. Our judgment issued on December 19, 2018. Accordingly, our plenary power expires on February 19, 2019.

Attached to appellant's untimely motion for rehearing is a copy of a letter from appellant to the trial court complaining about the judgment. It appears that the letter may be adequate to invoke our jurisdiction as a timely filed notice of appeal.

Therefore, to allow the Court time to study this issue, and during the period of our plenary jurisdiction, we VACATE our December 19, 2018 judgment and also WITHDRAW our opinion of the same date.

The State is ORDERED to file a response which addresses the issue of whether appellant's letter, filed by the district clerk on October 1, 2018, is sufficient as a notice of appeal to invoke this Court's jurisdiction. The State's response is due 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins[1]
Motion dismissed
Judgment vacated
Opinion withdrawn
Response requested
Order issued and filed February 13, 2019



---

[1]The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).